```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0056--CR (RRB)
             "USA V HECTOR ANTONIO GUERRERO-GUZMAN"
               DEF 1.1 GUERRERO-GUZMAN, HECTOR ANTONIO

       Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
            Filed:  04/22/04
           Closed:  08/23/04
No. of Defendants:  1
   MJ Case Number:
              AKA:
  Location status:  Other Custody
       Trial date:
       Terminated:  YES
Needs interpreter:  YES
Counsel of record: Kevin F. McCoy
                   Federal Public Defender
                   550 W. 7th Avenue, Suite 1600
                   Anchorage, AK 99501
                   907-646-3400
                   FAX 907-646-3480
                   Serve: YES
                    Type: FPD
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: James A. Goeke
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial



Counts re: DEF 1.1 GUERRERO-GUZMAN, HECTOR ANTONIO

Document          Count    Citation and Description                      Disposition
────────          ─────    ────────────────────────                      ───────────
   1 -   1 IND      1      8:1326(a) and (b)(2) UNLAWFUL REENTRY AFTER   Sentenced
                           DEPORTATION (F)                               (23-1)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A04-0056--CR (RRB)
                              "USA V HECTOR ANTONIO GUERRERO-GUZMAN"

                                       For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 04/22/04
             Closed: 08/23/04
No. of Defendants: 1


Document #  Filed     Docket text

     1 -  1 04/22/04  [Re: DEF 1] PLF 1 Indictment.

  NOTE -  1 04/23/04  [Re: DEF 1] Issued WOA.

  NOTE -  2 04/23/04  [Re: DEF 1] USM Notice of administrative custody (INS); defendant
                      available for crt.

     2 -  1 04/23/04  [Re: DEF 1] JDR Grand Jury Minutes; WOA to issue; no bail set (det per
                      18:3142); in INS custody.

  NOTE -  3 04/26/04  Notation: Proposed trial date setting for arraignment and notice of
                      speedy trial act deadlines faxed to Fairbanks Chambers.

     3 -  1 04/27/04  [Re: DEF 1] Financial Affidavit.

     4 -  1 04/27/04  [Re: DEF 1] AHB Order regarding preparation for trial; disc conf
                      4/30/04; ptms due 5/11/04.  cc: USA, FPD

     5 -  1 04/27/04  [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, FPD, USM,PO

     6 -  1 04/27/04  [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] of arr on Indt (held
                      4/26/04); fin aff FILED; FPD appointed; def plead not guilty; det
                      uncontested; order of det pending trial FILED; ptms due 5/11/04; order
                      re preparation for trial FILED.  cc: USA, FPD, USM, PO, Judge Beistline

     7 -  1 04/27/04  [Re: DEF 1] PLF 1  Discovery Conference Certificate.

     8 -  1 04/28/04  [Re: DEF 1] RRB Minute Order setting trial by jury for 6/28/04 at 8:30
                      a.m. and FPTC for 6/18/04 at 8:30 a.m. in Courtroom #3. cc: AUSA, FPD,
                      USM, USPO, MJ Branson, jury clerk

     9 -  1 05/06/04  [Re: DEF 1] RRB Order appointing Yolanda Salazar-Hobrough as Interpreter
                      for def.  cc: ASUA, FPD, USM, USPO, Y. Salazar Hobrough

    10 -  1 05/11/04  DEF 1 Attorney Appearance of K. McCoy (FPD).

    11 -  1 05/11/04  DEF 1 Unopposed motion to ext time for ptms by 7 days w/att memo.

    12 -  1 05/13/04  [Re: DEF 1] AHB Minute Order granting Unopposed motion to ext time for
                      ptms by 7 days (11-1); ptms due 5/19/04 w/hand delivery; oppos due
                      6/1/04; any hrg evid/otherwise will be conducted 6/4/04 at 9:00 a.m.; no
                      ext to these ddlns will be granted w/out prior approval of trial judge.
                      cc: USA, FPD, USM, PO

    13 -  1 05/24/04  DEF 1 Notice of Intent to change plea filed on shortened time.

    14 -  1 05/25/04  [Re: DEF 1] AHB Minute Order re in light of the Notice of Intent to
                      Change Plea; the tentative 6/4/04 date set for any evident hearing is
                      VACATED. cc: USA, FPD, USM, USPO


ACRS: R_RDSDX              As of 12/27/05 at 09:10 AM by GARRY                      Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0056--CR (RRB)
                         "USA V HECTOR ANTONIO GUERRERO-GUZMAN"
```

For all filing dates

```
Document #    Filed      Docket text

    15 -  1  05/25/04   [Re: DEF 1] RRB Minute Order setting PCOP for 06/11/04 at 9:00 a.m. cc:
                         USA, FPD, USM, USPO, MJ Branson

    16 -  1  06/03/04   [Re: DEF 1] RRB Minute Order PCOP set fpr 6/11/04 is reset for 6/8/04 at
                         9:30 a.m. in Courtroom #3.  cc: AUSA, FPD, USM, USPO

    17 -  1  06/08/04   [Re: DEF 1] RRB Court Minutes [ECR: Debby Willoughby-Lyons] COP held
                         6/8/04.  Def changed plea to guilty on count 1 of the Indictment.  Court
                         accepted plea. IOS set for 8/10/04 at 1:15 p.m.  TBJ set 6/28/04 and
                         FPTC set 6/18/04 are vacated. cc: AUSA, FPD, USM, USPO, MJ Branson, JC

    18 -  1  08/03/04   DEF 1 Sentencing Memorandum.

    19 -  1  08/03/04   [Re: DEF 1] PLF 1 Sentencing Memorandum.

    20 -  1  08/09/04   [Re: DEF 1] RRB Minute Order the IOS set 87/10/04 is rescheduled for
                         8/12/04 at 10:00 a.m. in Courtroom 3.  AUSA, FPD, USM, USPO

    21 -  1  08/11/04   DEF 1 Supplement sentencing memo filed on shortened time.

    22 -  1  08/13/04   [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] IOS held 8/12/04.
                         Sentence imposed as stated in the judgment. Def remanded to the custody
                         of the USM.

    23 -  1  08/23/04   [Re: DEF 1] RRB Judgment pleaded guilty to count(s) 1 of the Indictment
                         (1-1)Imprisonment for a term of 19 months.  Def remanded to the custody
                         of the USM.  SR 3 years w/special conditions; SA $100.00.  cc: AUSA,
                         FPD, USM, USPO, MJ Branson, Def w/cnsl cy, Finance, FLU

    24 -  1  09/07/04   DEF 1 Unopposed motion on shortened time to extend time for filing a
                         notice of appeal by thirty days.

    25 -  1  09/08/04   [Re: DEF 1] JWS Order granting unopposed motion on shortened time to
                         extend time for filing a notice of appeal by 30 days (24-1). Notice of
                         apple is due by 10/4/04.  cc: AUSA, FPD, Appeal Clerk, 9CCA

    26 -  1  09/09/04   DEF 1 appeal to 9CCA of (23-1) filed 08/23/04. cc:cnsl, Judge, 9CCA

  NOTE -  4  09/10/04   Notation (re: Appeal): forwarded to 9CCA.

    27 -  1  09/10/04   [Re: DEF 1] Cy 9CCA Time Schedule Order. (26-1) cc: USA, FPD, USM, PO,
                         Judge Beistline, 9CCA, ECR

    28 -  1  09/13/04   [Re: DEF 1] Partial Transcript re IOS held 8/12/04.

    29 -  1  09/13/04   DEF 1 Transcript Designation/Order Form re: notice of appeal (26-1)
                         w/att order form. cc:ecr

    30 -  1  09/29/04   [Re: DEF 1] Transcript of PCOP held 6/8/04 re: notice of appeal (26-1).

    31 -  1  09/29/04   [Re: DEF 1] PARTIAL Transcript of IOS held 8/12/04 re: notice of appeal
                         (26-1).

    32 -  1  09/29/04   [Re: DEF 1] cy 9CCA Certificate of Record. (26-1) cc: USA, FPD, 9CCA
                         (Original)
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A04-0056--CR (RRB)
                              "USA V HECTOR ANTONIO GUERRERO-GUZMAN"

                                       For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 33 - 1 | 11/16/04 | USM Return of svc on judgment re: DEF 1 on 11/3/04 to MCA. |
| NOTE - 5 | 06/09/05 | Transmittal: Forwarded D.C. record to 9CCA consisting of 1 vol. |
| NOTE - 6 | 06/20/05 | Notation (re: Appeal): D.C. record received by 9CCA consisting of 1 vol. |