Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>HECTOR ANTONIO<br>GUERRERO-GUZMAN,<br><br>                    Defendant. | NO.  3:04-cr-0056-RRB<br><br>**STATUS REPORT** |

        Hector Antonio Guerrero-Guzman submits this status report.  The appellate court

vacated the sentence imposed and remanded the matter to this court with three directions; first, to

resentence Mr. Guerrero-Guzman in accordance with *United States v. Ameline*, 409 F.3d 1073, 1074

(9th Cir. 2005) (*en banc*); second, require production of documents necessary to determine Mr.

Guerrero-Guzman's prior record; and third, delete the reference to 8 U.S.C. § 1326(b)(2) in the

judgment.

        Mr. Guerrero-Guzman's sentence has been vacated.  However, during the pendency

of the appeal, the government deported Mr. Guerrero-Guzman to El Salvador.   Unless the

government chooses to seek Mr. Guerrero-Guzman's return to the United States, further proceedings in this matter are impossible.

DATED at Anchorage, Alaska this 24th day of October 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on October 23, 2006,
a copy of the **Status Report** was
served electronically on:

James Goeke
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy