NELSON P. COHEN
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  AO4-0056 CR (RRB) |
| | ) | |
| Plaintiff, | ) | **UNITED STATES'** |
| | ) | **STATUS REPORT** |
| vs. | ) | |
| | ) | |
| HECTOR ANTONIO GUERRERO-GUZMAN, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through its counsel, and submits this Status Report.  On September 22, 2006, following the remand of this matter by the Ninth Circuit, the Court directed that the United States and defendant Hector Antonio GUERRERO-GUZMAN file status reports and new sentencing briefs by October 23, 2006.  On September 25, 2006, the United States

Probation and Pretrial Services Office provided a Memorandum to the Court that reported the following:

> According to the Bureau of Prisons, on October 1, 2005, the offender [GUERRERO-GUZMAN] was released from their custody to the custody of the U.S. Immigration and Customs Enforcement (ICE), pending deportation. On that date, the offender's three-year term of supervised release commenced, with expiration September 30, 2008.
>
> According to ICE, on October 22, 2005, the offender was deported to his home country of El Salvador.
>
> . . .
>
> As of this date, there has been no notification of the offender's return to the United States.

Probation and Pretrial Services Office Memorandum (September 25, 2006).

Based on the foregoing, defendant GUERRERO-GUZMAN is not currently available to be re–sentenced in this matter. Accordingly, the United States maintains that this matter must be held in abeyance until such time as the defendant may return to the United States.

If the defendant were available to be re–sentenced in this matter, the United States would recommend the same sentence set forth in the government's initial

Sentencing Memorandum (22 months imprisonment, three years of supervised release, $100 special assessment).

RESPECTFULLY SUBMITTED this 23rd day of October, 2006, at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney


        s/ James A. Goeke
        JAMES A. GOEKE
        Assistant United States Attorney