IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>HECTOR ANTONIO GUERRERO-GUZMAN,<br><br>      Defendant. | Case No. 3:04-cr-0056-RRB<br><br>**ORDER ON REMAND** |

Given Defendant's deportation, this matter is stayed until such time as Defendant may return to the United States. However, an Amended Judgment shall issue deleting reference to 8 U.S.C. § 1326(b)(2).

ENTERED this 30th day of October, 2006.

                          s/RALPH R. BEISTLINE
                          UNITED STATES DISTRICT JUDGE